IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 11-204-2 |
| PROMISE MEBRTATU | : | |
| | : | |

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

AND NOW, this 2nd day of July, 2012, came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[**X**]   The jury has returned its verdict, finding the defendant not guilty as to: <u>Counts 21, 22, 23, and 35 of the Indictment.</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

　　/s/ Gene E.K. Pratter　
GENE E. K. PRATTER
United States District Judge

cc:   U.S. Marshal
　　　Probation Office
　　　Counsel

Cr 1 (8/80)